### PROVIDENCE TEACHERS' UNION LOCAL 958, AMERICAN FEDERATION OF TEACHERS
v.
### PROVIDENCE SCHOOL COMMITTEE.
#### No. 79–236–Appeal.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Friday, February 8, 1980 at 9:30 a.m.

DORIS, J., did not participate.